**CHABAD–LUBAVITCH OF GEORGIA, Yossi New, Rabbi, Yossi Lerman, Rabbi, Plaintiffs–Appellants,**

v.

**Zell MILLER, Governor of Georgia, Michael J. Bowers, Attorney General of Georgia, Luther Lewis, Acting Director, Georgia Building Authority, Max Cleland, Secretary of State of Georgia, Defendants–Appellees.**

No. 92–8008.

United States Court of Appeals, Eleventh Circuit.

April 5, 1993.

Nathan Lewin, Stuart A. Levey, David S. Cohen, Miller, Cassidy, Larroca & Lewin, Washington, DC, for plaintiffs-appellants.

Ray O. Lerer, Sr., Asst. Atty. Gen., Atlanta, GA, for defendants-appellees.

## ON PETITION FOR REHEARING

Before TJOFLAT, Chief Judge, FAY, KRAVITCH, HATCHETT, ANDERSON, EDMONDSON, COX, BIRCH, DUBINA, BLACK and CARNES, Circuit Judges.

BY THE COURT:

A member of this court in active service having requested a poll on suggestion for rehearing en banc, and a majority of the judges of this court in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that the above cause shall be reheard by this court en banc. The previous panel's opinion is hereby VACATED.